## GTT CORPORATION, TRUSTEE *v.* LISE-LOTTE KNUDSEN

The defendant's petition for certification for appeal from the Appellate Court (AC 16252), is denied.

*Lise-Lotte Knudsen*, pro se, in support of the petition.

*Craig S. Taschner*, in opposition.

Decided December 18, 1996

## STATE OF CONNECTICUT *v.* JONATHAN WILD

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 458 (AC 15093), is denied.

*Richard T. Miller*, in support of the petition.

*Lisa Herskowitz*, deputy assistant state's attorney, in opposition.

Decided December 18, 1996

## RICHARD POWERS ET AL. *v.* RUDOLPH FARRICELLI ET AL.

The named plaintiff's petition for certification for appeal from the Appellate Court, 43 Conn. App. 475 (AC 14834), is denied.

*Richard M. Franchi*, in support of the petition.

*Terrence J. Molinari*, in opposition.

Decided December 18, 1996